United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IVANOUSKI DZIANIS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-918 |
| | § | |
| U.S. DEPT. OF HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

Petitioner Ivanouski Dzianis is currently detained by United States immigration authorities. Petitioner seeks his release based upon *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Pet., Doc. 1) Respondents move to dismiss each of Petitioner's claim. (Mot. to Dismiss, Doc. 13)

In September 2026, based on the record and the applicable law, a United States Magistrate Judge issued a Report and Recommendation recommending that the Court dismiss the habeas petition for lack of jurisdiction. (R&R, Doc. 14) No party objected to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 14). It is:

**ORDERED** that Petitioner Ivanouski Dzianis's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **DENIED**;

**ORDERED** that Petitioner Ivanouski Dzianis's Motion to Accepting My Habeas Corpus Petition at Houston District Court (Doc. 2) is **DENIED AS MOOT**; and

**ORDERED** that Respondents' Motion to Dismiss (Doc. 13) is **DENIED AS MOOT**.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on September 30, 2026.

Fernando Rodriguez, Jr.
United States District Judge